UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

| | |
|---|---|
| **MARK JONES, et al.** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**STURM, RUGER & COMPANY, INC.,** and **FREESTYLE SOLUTIONS, INC.,**<br><br>Defendants. | Case No. 3:22-cv-01233-KAD |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs together with both Defendants, by and through their respective counsel, and pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4), and Local Rule 7(b), respectfully move this Court for an Order modifying and extending the existing deadlines set in the Court's Order (Dkt. No. 111), as proposed below.

The Parties state the following in support of this motion:

1. On December 6, 2024, the Parties filed a Joint Status Report informing the Court that the parties were in the process of finalizing the Settlement Agreement and asked the Court to please set a deadline of January 31, 2025 for Plaintiffs to file their Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* Dkt. No. 103.

2. On January 8, 2025, the Court had a Telephonic Status Hearing as to an update on the status of the Settlement Agreement, during which the Parties informed the Court that a Settlement had been reached in principle, and that a draft Settlement Agreement was being circulated for review and edits. Further, the Court set a deadline of February 14, 2025, for Plaintiffs

1

to file their Motion for Preliminary Approval of Class Action Settlement *See* Dkt. Nos. 108-109

3. Since that call, the Parties have been working diligently to finalize the Settlement Agreement. Each party has exchanged drafts of the proposed Settlement Agreement and have had numerous conferrals regarding the same.

4. However, the Parties are still working out the final details of the Settlement. This is due to the multiple parties, complex facts and allegations, and insurance involvement in this action.

5. Additionally, Freestyle has been working with other external entities for the relevant information to compile a certain portion of the class list. Specifically, Freestyle is working to have decrypted certain information to facilitate class notice. This work in particular is taking longer than expected, especially given the involvement of external third parties. Freestyle would be happy to provide the Court additional detail via a teleconference should the Court desire further information on this specific issue.

6. Plaintiffs also have been working in tandem with these efforts to draft the other voluminous and necessary filings related to their Motion for Preliminary Approval of the Settlement.

7. Therefore, the Parties respectfully request an extension of 28 days for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement.

8. Good cause exists to grant this extension because the Parties are still actively involved in the finalization of the Settlement.

9. Counsel have conferred concerning this request to extend the deadline for Plaintiffs to file their Motion for Preliminary Approval. All Counsel consent to the extension and join this motion, and no party would be adversely affected by the extension request.

10. Plaintiffs have filed one prior motion to extend the Motion for Preliminary Approval deadline, a motion to which all parties consented.

Wherefore, all parties move the Court to modify the existing deadline for Plaintiffs' Motion for Preliminary Approval to **April 4, 2025**.

For the foregoing reasons and for good cause shown, the parties respectfully move the Court for an Order modifying and extending the deadlines in the Court's Order (Dkt. No. 111) as outlined above.

Dated: March 5, 2025

*/s/ Erick M. Sandler*
Erick M. Sandler
Johanna Lerner
Lauren Gayle Moscato
Michael L. Fialkoff
**Day Pitney LLP**
Goodwin Square 225 Asylum Street
Hartford, CT 06103
(860) 275-0100
emsandler@daypitney.com
jlerner@daypitney.com
lmoscato@daypitney.com
mfialkoff@daypitney.com

*Attorneys for Defendant Sturm, Ruger & Co., Inc.*


*/s/ Jason M. Beach*
John J. Delionado
Torsten Kracht
Jason M. Beach
**Hunton Andrews Kurth LLP**
333 S.E. 2 Avenue, Ste. 2400
Miami, FL 33131
T: (305) 810-2500
F: (305) 810-2460
jdelionado@hunton.com
tkracht@hunton.com

Respectfully submitted,

*/s/ Justin C. Walker*
Justin C. Walker (admitted *pro hac vice*)
Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel.: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
dgould@msdlegal.com

Mason A. Barney (admitted *pro hac vice*)
Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
Tel.: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (847) 208-4585

3

| | |
|---|---|
| jbeach@hunton.com | gklinger@milberg.com |
| *Attorneys for Defendant Freestyle Software, Inc.* | Joseph P. Guglielmo (CT 27481)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: 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<br>Fax: 212-223-6334<br>jguglielmo@scott-scott.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

                                            */s/ Jason M. Beach*
                                            Jason M. Beach