UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

| | |
|---|---|
| **MARK JONES et al.** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**STURM, RUGER & COMPANY, INC.**, and **FREESTYLE SOLUTIONS, INC.**,<br><br>Defendants. | Case No. 3:22-cv-01233-KAD |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Mark Jones, Michelle Gould, Dicky Warren, Carl Jung, Lauren Copeland, and Lee Woods ("Plaintiffs"), by and through their counsel, and pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4), and Local Rule 7(b), respectfully move this Court for an Order modifying and extending the existing deadlines set in the Court's Order (Dkt. No. 114), as proposed below. Defendants Freestyle Software, Inc. ("Freestyle") and Sturm, Ruger & Company, Inc. ("Sturm, Ruger") do not oppose this motion.

Plaintiffs state the following in support of this motion:

1. On December 6, 2024, the Parties filed a Joint Status Report informing the Court that the Parties were in the process of finalizing the Settlement Agreement and asked the Court to please set a deadline of January 31, 2025 for Plaintiffs to file their Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* Dkt. No. 103.

2. On January 8, 2025, the Court had a Telephonic Status Hearing as to an update on the status of the Settlement Agreement, during which the Parties informed the Court that a Settlement had been reached in principle, and that a draft Settlement Agreement was being circulated for review and

1

edits. Further, the Court set a deadline of February 14, 2025, for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement *See* Dkt. Nos. 108-109.

3. On March 5, 2025, the Parties filed a Joint Motion for Extension of Time for Plaintiffs file their Motion for Preliminary Approval of Class Action Settlement, which was granted by Order of this Court and gave the Plaintiffs until April 4, 2025 to file the Motion. *See* Dkt. Nos. 113-114.

4. Since that filing, the Parties have been working diligently to finalize the Settlement Agreement and are still working out the final details of the Settlement, including issues obtaining class member information.

5. Therefore, the Parties respectfully request an extension of 21 days for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement.

6. Good cause exists to grant this extension because the Parties are still actively involved in the finalization of the Settlement-specifically gathering sources of class member information for the purpose of Settlement notices. Plaintiffs have circulated all of their proposed edits to the Settlement Agreement to Defendants, and Defendants currently await sign off from their insurers as to the Settlement and to receive additional information regarding class member information.

7. The undersigned counsel has conferred with counsel for both Defendants concerning this request to extend the deadline for Plaintiffs to file their Motion for Preliminary Approval. Counsel for Plaintiffs and Defendants consented to extend the existing deadline by 21 days so that no party would be adversely affected by this extension request.

8. Plaintiffs and Defendants have each filed one prior motion to extend the Motion for Preliminary Approval deadline.

9. To the extent the Court would like a status conference so that the Parties may fully update the Court on the current status of the Settlement, the Parties are willing to do so.

Wherefore, Plaintiffs move the Court to modify the existing deadline for Plaintiffs' Motion for Preliminary Approval to April 25, 2025.

For the foregoing reasons and for good cause shown, Plaintiffs respectfully move the Court for an Order modifying and extending the deadlines in the Court's Order (Dkt. No. 114) as outlined above.

Dated: April 3, 2025                                  Respectfully submitted,

*/s/ Justin C. Walker*
Justin C. Walker (admitted *pro hac vice*)
Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel.: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
dgould@msdlegal.com

Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
Tel.: (212) 532-1091
tbean@sirillp.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (847) 208-4585
gklinger@milberg.com

Joseph P. Guglielmo (CT 27481)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 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
Fax: 212-223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs and the Proposed Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Justin C. Walker*
Justin C. Walker