# EXHIBIT

# C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK JONES, MICHELLE GOULD, DICKY WARREN, and CARL JUNG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>STURM, RUGER & COMPANY, INC and FREESTYLE SOFTWARE, INC.,<br><br>      Defendant. | Civil Action No.:<br><br>3:22-cv-01233 (KAD) |

### DECLARATION OF JANETH ANTONIO REGARDING SETTLEMENT NOTICE PLAN

I, JANETH ANTONIO, declare as follows:

1. My name is Janeth Antonio, I am a Director of Class Action Services for Verita Global, LLC ("Verita") f/k/a KCC Class Action Services, LLC or KCC, a firm that specializes in comprehensive class action services, including legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, claims processing, check and voucher disbursements, tax reporting, fund escrow and reporting, and other related services critical to the effective administration of certified class noticing. With more than 30 years of industry experience, Verita has developed efficient, secure, and cost-effective methods to effectively manage the voluminous data and mailings associated with the noticing, claims processing and disbursement requirements of these matters to ensure the orderly and fair treatment of class members and all parties in interest.

2. As an industry leader, Verita has been retained to administer more than 10,000 class actions and distributed payments totaling well over a trillion dollars in assets. Our experience

includes many of the largest and most complex administrations of both private litigation and of actions brought by state and federal government regulators.

3. Verita has administered class action settlements for hundreds of consumer protection cases, including data breach and privacy cases. Some examples of complex matters with which Verita has been involved include *Braun v. VisionQuest Eyecare, PC, et al.*, 49D07-1705-PL-020189 (Ind. Super. Ct.); *Carroll v. Macy's Inc. et al.*, No. 2:18-cv-01060-RDP (N.D. Ala.); *Cochran v. Burgerville LLC*, No. 18-cv-44864 (Cir. Ct. Ore); *Debaeke v. St. Joseph Health System, et al.*, No. JCCP 4716 (Cal. Super. Ct.); *Elvey v. TD Ameritrade, Inc.*, No. C 07 2852 VRW (N.D. Cal.); *Experian Data Breach Litig.*, No. 8:15-cv-01592 AG (DFMx) (C.D. Cal.); *Groveunder v. Wellpoint*, No. JCCP 4647 (Cal. Super. Ct.); *In re Anthem, Inc. Data Breach Litig.*, No. 5:15-MD-02617-LHK (N.D. Cal.); *In re Arby's Restaurant Group, Inc. Data Security Litig.*, No. 18-mi-55555-AT (N.D. Ga.); *In re LinkedIn User Privacy Litig.*, No. 12-cv-03088-EJD (N.D. Cal.); *In re Medical Informatics Engineering, Inc. Customer Data Security Breach Litig.*, No. 15-md-2667 (N.D. Ind.); *In re Yapstone Data Breach Litig.*, No. 15-cv-04429-JSW (N.D. Cal.); *Lozanski v. The Home Depot Inc. Canada*, No. 14-51262400CP (Ontario Superior Court of Justice, Canada); *Ramsey v. 41 E. Chestnut Crab Partners, LLC, et al.*, No. 2019-CH-2759 (Ill. Cir. Ct.); I*Saenz v. SEIU United Healthcare Workers-West*, No. RG09478973 (Cal. Super. Ct.); *Shurtleff v. Health Net of California, Inc.*, No. 34-2012-00121600 (Cal. Super. Ct.); *Sonic Corp Customer Data Security Breach Litig.*, No. 1:17-md-02807 (N.D. Ohio); *Storm v. Paytime, Inc.*, No. 14-cv-01138 (M.D. Pa.); *The Home Depot, Inc. Customer Data Security Breach Litig.*, No. 1:14-md-02583 (N.D. Ga.); *Torres v. Wendy's International, LLC*, No. 6:16-cv-00210-PGB-DCI (M.D. Fla.); and *Winstead v. ComplyRight, Inc.*, No. 18-cv-4990 (N.D. Ill.).

4.  This Declaration details the Settlement Notice Plan ("Notice Plan") proposed for *Jones, et al. v. Sturm Ruger & Company, INC and Freestyle Software,* Case No. 3:22-CV-01233, pending in the U.S. District Court for Connecticut, before the Honorable Kari A. Dooley.

5.  The facts in this Declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Verita.

6.  Unless noted otherwise, capitalized terms have the same meaning ascribed to them as in the Settlement Agreement.

## NOTICE PLAN

### *Individual Notice via Email and U.S. Mail*

7.  Verita will be provided with a list containing the name, last known address, and email address (where applicable) for all Class Members included in the litigation (the "Class List").

8.  Verita will send a direct individual notice via email ("Email Notice") to every Class Member for whom an email address exists on the Class List. The Email Notice content will be included in the body of the email, rather than as an attachment, to avoid spam filters and improve deliverability. The email will contain a link to the case website.

9.  The email delivery will be attempted three times to maximize the probability that the Class Members will receive it. The email campaign will return data regarding the number of emails successfully delivered and email bounce backs.

10. Verita will send a single postcard notice ("Short-Form Notice") via the United States Postal Service (USPS) to all Class Members whose Email Notice is known not to have been delivered or for which an email address is not available on the Class List.

11. Prior to mailing, all mailing addresses will be checked against the National Change

of Address (NCOA)[1] database maintained by the United States Postal Service (USPS). In addition, the addresses will be certified via the Coding Accuracy Support System (CASS)[2] to ensure the quality of the zip code and verified through Delivery Point Validation (DPV)[3] to verify the accuracy of the addresses.

12. The return address on the Short-Form Notices will be a post office box that Verita will maintain for this case. The USPS will automatically forward Short-Form Notices with an available forwarding address order that has not expired ("Postal Forwards"). Short-Form Notices returned as undeliverable will be re-mailed to any new address available through USPS information, for example, to the address provided by the USPS on returned pieces for which the automatic forwarding order has expired, or to better addresses that may be found using a third-party lookup service. Short-Form Notices will be promptly re-mailed upon successfully locating better addresses.

*Response Mechanisms*

13. Verita will establish and maintain a case-specific website to allow Class Members to obtain additional information about the settlement. Class Members will be able to submit or download a Claim Form, view and/or print the Settlement Agreement, Preliminary Approval Order, Long Form Notice, Motion for Final Approval (when available), as well as any other relevant documents agreed upon by the parties or request by the Court. Class Members will also be able to review a list of frequently asked questions and answers, and important dates and

---

[1] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.
[2] Coding Accuracy Support System is a certification system used by the USPS to ensure the quality of ZIP+4 coding systems.
[3] Records that are ZIP+4 coded are then sent through Delivery Point Validation to verify the address and identify Commercial Mail Receiving Agencies. DPV verifies the accuracy of addresses and reports exactly what is wrong with incorrect addresses.

deadlines.

14. A toll-free telephone number will be established to allow Class Members to call and listen to answers to frequently asked questions. Class Members will also be able to request to receive a Long-Form Notice via mail.

15. A post office box will be established to allow Class Members to correspond with Verita, as well as submit Claim Forms.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 9, 2025, at San Rafael, California.

*Janeth Antonio*
_____
JANETH ANTONIO