IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARK JONES, MICHELLE GOULD, DICKEY WARREN, and CARL JUNG**, behalf of themselves and on all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**STURM RUGER & COMPANY, INC., and FREESTYLE SOFTWARE, INC.,**<br><br>Defendants. | Case No.: 3:22-cv-01233-KAD<br><br>November 20, 2025 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiffs Mark Jones, Michelle Gould, Dicky Warren, and Carl Jung, individually and on behalf of all others similarly situated, hereby move this Court for final approval of the class action Settlement[1] that this Court preliminarily approved on May 15, 2025 (ECF No. 125):

Class Representatives respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);

2. Finally appoint Mark Jones, Michelle Gould, Dicky Warren, and Carl Jung as Class Representatives;

---

[1] Unless otherwise indicated, capitalized terms used in this Motion have the same meanings as in the Class Action Settlement Agreement and Release (the "Settlement Agreement").

3. Finally appoint Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC; Justin C. Walker of Markovits Stock DeMarco, LLC, and; Mason A. Barney of Siri & Glimstad LLP, as Settlement Class Counsel;

4. Approve the requested attorneys' fees in the amount of $500,000 and costs of $35,000 to Settlement Class Counsel;

5. Finally approve the requested Service Awards of $3,500 to each Class Representative;

6. Find that the Notice met the requirements of Rule 23(c)(2)(B);

7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

8. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Final Judgment Approving Class Action Settlement ("[Proposed] Final Judgment") and terms of the Settlement Agreement; and

9. Resolve all claims as to all Parties and Class Members in this action and issue the [Proposed] Final Judgment; and

10. Dismiss the lawsuit with prejudice and without costs, except as provided in the Settlement Agreement.

Defendant, does not oppose the relief sought in this motion.

WHEREFORE, premises considered, Plaintiffs request that this Court grant this motion and grant Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards to Plaintiffs.

DATED: November 20, 2025                    Respectfully submitted,

                                                                                 /s/ Gary M. Klinger
Gary M. Klinger (admitted *pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Justin C. Walker (admitted *pro hac vice*)
Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
dgould@msdlegal.com

Mason A. Barney (admitted *pro hac vice*)
Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Joseph P. Guglielmo (CT 27481)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 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
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

*Attorneys for Class Representatives and the Proposed Class*

3

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on November 20, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                           */s/ Gary M. Klinger*
                                                           Gary M. Klinger